AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
2022 SEP -2 AM 9:38
DISTRICT OF ARIZONA

## UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-22-1913-TUC-JAS(LCK) |
| Guiovani Contreras-Robles | ) | |
| Defendant | ) | |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Guiovani Contreras-Robles,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to distribute methamphetamine, heroin, and cocaine

21:841(a)(1) and (b)(1)(A)(viii) and 18:2 Possession with intent to distribute methamphetamine

ISSUED ON 8:23 am, Sep 02, 2022
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

K. Hughes, Deputy Clerk
*Printed name and title*

City and state: Tucson, Arizona

cc: AUSA, USMS, PTS

---

**Return**

This warrant was received on *(date)* 09/02/2022, and the person was arrested on *(date)* 10/01/2022
at *(city and state)* Nogales, AZ.

Date: 10/03/2022

*Arresting officer's signature*

Robert Quin  Group Supervisor
*Printed name and title*