**David A. Aguilar, Esq.**
**LAW OFFICE OF DAVID A. AGUILAR**
**P.O. Box 86207**
**Tucson, Arizona 85754**
**(520) 628-8963**
**State Bar No: 007054**
**Attorney for Defendant**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,**<br>　　　　　Plaintiff,<br>v.<br>**Guivoani Contreras-Robles,**<br>　　　　　Defendant. | CASE NO. 4:22-cr-01913-JAS-LCK<br><br>1ˢᵗ **Motion to Correct the Record** |

　　　　It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(1)(F), will occur as a result of this motion or an order based thereon.

　　　　Defendant, **Guiovani Contreras-Robles**, through counsel undersigned, hereby files the following pleading in correction of a factual error in a prior motion to dismiss count one of the indictment against my client.

STATEMENT OF THE ISSUE

　　　　The indictment issued with seven defendants five of whom were redacted in 2022. The names of multiple defendants remained redacted into 2024. At the time I prepared the motion I was unaware of the name of the person my client had interacted with.

　　　　I filed the motion on February 7 2024 DOC. #102. Shortly after I filed the motion the government un-redacted the names of two defendants on February 12, 2024 DOC# 103-1. The government did this prior to filing there Response on February 20,2024 Doc. # 106. Once I

received that information I then became aware that I had named the wrong individual in my motion.

I file this motion to correct the record and to acknowledge that the person improperly named had no involvement with my client in her going to Target May 10, 2021 to collect money from an undercover agent.

I regret the error and ask the court to enter this motion to correct the record.

REPECTFULLY SUBMITTED this 18th day of April 2024.

LAW OFFICE OF DAVID A. AGUILAR

_s/ David A. Aguilar_
David A. Aguilar
Attorney for Defendant

Original of the foregoing electronically filed on this 18th day of April 2024 to:

**CM/ECF**

**Clerk of the United States District Court**

**Honorable James A. Soto**
United States District Court House

**Matthew G. Eltringham**
Assistant United States Attorney