☒ FILED  ☐ LODGED

**Jun 21 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America, <br><br> Plaintiff, <br><br> vs. <br><br> Guiovani Contreras-Robles, <br><br> Defendant. | CR-22-01913-05-TUC-JAS (LCK) <br><br> I N F O R M A T I O N <br><br> Violations: 18 U.S.C. § 4 <br> (Misprision of Felony) <br> **FELONY** |

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 10, 2021, at or near Tucson, in the District of Arizona, GUIOVANI CONTRERAS-ROBLES, having knowledge of the actual commission of a felony cognizable by a court of the United States that is, Distribution of Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vii), concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Section 4.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Matthew G. Eltringham*
Matthew G. Eltringham
Assistant U.S. Attorney