**David A. Aguilar, Esq.**
**LAW OFFICE OF DAVID A. AGUILAR**
**P.O. Box 86207**
**Tucson, Arizona 85754**
**(520) 628-8963**
**State Bar No: 007054**
**Attorney for Defendant**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** ) | **CASE NO. 4:22-cr-01913-JAS-LCK** |
| Plaintiff, ) | |
| ) | **Motion to Withdraw as Counsel** |
| v. ) | |
| **Guiovani Contreras-Robles** ) | |
| Defendant. ) | |
| ) | |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(1)(F), will occur as a result of this motion or an order based thereon.

Counsel undersigned hereby requests that he be relieved from further representation of the Defendant based on the Defendant's lack of trust and confidence with this counsel.

REPECTFULLY SUBMITTED this 9th day of July 2024.

LAW OFFICE OF DAVID A. AGUILAR

  *s/ David A. Aguilar*
David A. Aguilar
Attorney for Defendant

Original of the foregoing electronically filed on CM/ECF
This 9th day of July 2024 to:

**Clerk of the United States District Court**

**Honorable James A. Soto**
United States District Court House

**Matthew G. Eltringham**
Assistant United States Attorney